**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | Case No.: | 14-17635 |
|---|---|---|
| Robert M Lennon | Hearing Date: | |
| | Chapter: | 13 |
| | Judge: | JNP |

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Hearing on Debtor(s) Objection to Trustee's Certification of Default

**Location of Hearing:** Courtroom No. 4C
US Bankruptcy Court
4th and Cooper Streets
Camden, NJ 08101

**Date and Time:** February 8, 2019 at 10:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: January 16, 2019

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on January 16, 2019 this notice was served on the following:
Debtor(s)              Isabel Balboa, Trustee
Attorney for Debtor(s)  Office of The US Trustee

JEANNE A. NAUGHTON, Clerk

By: /S/ Elizabeth Grassia
Deputy Clerk

*rev.1/4/17*

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                          Case No. 14-17635-JNP
Robert M Lennon                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Jan 16, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2019.
db             +Robert M Lennon,    23 Oxford Way,    Wilmington, DE 19807-2577

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
              Angela Catherine Pattison    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank
               of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee forStructured Asset
               Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortg angela.pattison@powerskirn.com,
               ecf@powerskirn.com
              Bruno  Bellucci, III    on behalf of Debtor Robert M Lennon jkearney@belluccilaw.net,
               bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,
               ddillhoff@belluccilaw.net
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of New
               York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee forStructured Asset Mortgage
               Investments II Inc., Bear Stearns ALT-A Trust, Mortg bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Linda S. Fossi    on behalf of Creditor    MTAG-Cust-ATCF II NJ Cap-One lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Marlena  Miller    on behalf of Creditor    Chelsea View Condominium Association, Inc.
               collections@theassociationlawyers.com
                                                                                               TOTAL: 8